UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTHONY L. BROWN, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:23-CV-1082-RLW |
| | ) |
| JENNIFER CLEMONS-ABDULLAH, et al., | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM AND ORDER

This matter is before the Court on review of the file. On May 9, 2024, this Court issued an order directing Plaintiff Anthony L. Brown, Jr., to file a second amended complaint, and provided him with clear instructions about how to do so. The Court cautioned Plaintiff that his failure to timely and fully comply with the instructions in the order would result in the dismissal of this case, without prejudice and without further notice.

Plaintiff's response was due on May 23, 2024, but to date, he has not responded to the Court's order or sought additional time to do so. Plaintiff was given meaningful notice of what was expected, and he was cautioned that his case would be dismissed if he failed to comply. The Court will therefore dismiss this action at this time, without prejudice, due to Plaintiff's failure to comply with the Court's May 9, 2024 order. *See* Fed. R. Civ. P. 41(b); *see also Brown v. Frey*, 806 F.2d 801, 803-04 (8th Cir. 1986) (a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice. A separate order of dismissal will accompany this Memorandum and Order.

2

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

　　　　　　　　　　　　　　　　　　 /s/ Ronnie L. White
　　　　　　　　　　　　　　　　　　**RONNIE L. WHITE**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

Dated this 24th day of May, 2024.